

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00395-CV

| | | |
|---|---|---|
| Richard F. Walsh, Medica-Rents Co., Ltd., and MED-RCO, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (017-217058-06) |
| v. | | |
| | § | February 5, 2015 |
| Woundkair Concepts, Inc., Dan Anderson, and Kim Anderson | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier